AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Joel Alejandro LUNA<br>(YOB: 1983)<br><br>*Defendant(s)* | Case No. M-14-798-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 15th, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C Title 751(a) | Knowingly ESCAPE from federal custody, that is, Mid-Valley Residential Reentry Center located in Edinburg, Texas, in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas for the Possession with Intent to Distribute 212 Kilograms of Marijuana. |

This criminal complaint is based on these facts:
See Attachment "A"

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Ortiz, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/24/2014

City and state: McAllen, Texas

_____
Judge's signature

Dorina Ramos
US Magistrate Judge
*Printed name and title*

Attachment "A"

On February 2nd, 2011 Joel Alejandro LUNA was charged with the possession with intent to distribute 100 kilograms or more of marijuana. On April 12th, 2011 LUNA pled guilty to Possession, with intent to distribute, 100 kilograms or more, that is, approximately 212 kilograms of marijuana, a schedule I controlled substance. In violation of title 21, United States Code, Sections 841 (a)(1) and 841 (b)(1)(B), and Title 18, United States Code, Section 2. On January 17th, 2012, in case 7:11-cr-00303 LUNA was sentenced to 63 months custody in the Bureau of Prisons by United States Chief District Judge Ricardo H. Hinojosa.

On March 3rd, 2014, LUNA was transferred to the Mid-Valley Residential Reentry Center in Edinburg, Texas to finish the remainder of his sentence that was to conclude on August 29th, 2014. On April 15th, 2014, LUNA signed out of the Mid-Valley Residential Reentry Center to attend work at 1:00 AM. LUNA failed to return, or notify staff of his whereabouts. LUNA was placed on escape status. LUNA was taken into custody on April 23rd, 2014 by the United States Marshals Service.